**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Bruce DOUGLAS, Defendant—
Appellant.**

No. 05–6371.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2005.

Decided: Aug. 23, 2005.

Bruce Douglas, Appellant pro se. Leesa Washington, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before LUTTIG, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bruce Douglas appeals the district court's order denying relief on his 18 U.S.C. § 3582(c) (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Douglas,* No. CR–93–92 (D.S.C. filed Oct. 29, 2004 & entered Nov. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*